453 A.2d 333
COMMONWEALTH of Pennsylvania
v.
Larry B. SUTTON, Appellant.

Supreme Court of Pennsylvania.

Submitted Dec. 9, 1982.
Decided Dec. 29, 1982.

Dennis J. Cogan, Philadelphia (court-appointed), for appellant.

Robert B. Lawler, Asst. Dist. Atty., Chief, Appeals Div., Marianne E. Cox, Philadelphia, for appellee.

Before O'BRIEN, C.J., and ROBERTS, NIX, LARSEN, FLAHERTY, McDERMOTT and HUTCHINSON, JJ.

ORDER

PER CURIAM.

Judgments of sentence affirmed.